UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
1:14 – CV – 04629

| | |
|---|---|
| REBECCA PERTA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TRICOCI UNIVERSITY OF BEAUTY CULTURE, LLC, | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT TRICOCI UNIVERSITY OF BEAUTY CULTURE, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT AT LAW

NOW COMES, the defendant, TRICOCI UNIVERSITY OF BEAUTY CULTURE, LLC, by and through its attorneys, The Miller Law Group, LLC, and for its answer to plaintiff's complaint at law, states as follows:

## NATURE OF THE CASE

1. This paragraph contains characterizations of this lawsuit and conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, defendant admits only that plaintiff seeks relief pursuant to the Uniformed Services Employment and Reemployment Rights Act and denies all remaining allegations contained in paragraph 1.

## JURISDICTION AND VENUE

2. This paragraph contains conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, defendant admits the allegations contained in paragraph 2.

1

3. This paragraph contains conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, defendant admits the allegations contained in paragraph 3.

## PARTIES

4. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 4.

5. This paragraph contains conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 5.

6. This paragraph contains conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 6.

## FACTUAL ALLEGATIONS

7. Defendant admits the allegations contained in paragraph 7.

8. Defendant admits only that it was advised by plaintiff that she was in the reserves for the United States Army National Guard for portions of her employment with defendant and lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 8.

9. Defendant admits that plaintiff notified defendant of her enrollment with the United States Army National Guard and lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 9.

10. Defendant denies that it promoted plaintiff to the position of student success advisor and transferred plaintiff to its Highland, Indiana campus. Defendant states only that plaintiff applied for a student success advisor position at Tricoci University of Beauty Culture, interviewed for the position and was awarded the position.

11. Defendant denies that it promoted or transferred plaintiff and further states that it lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 11.

12. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 12.

13. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 13.

14. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 14.

15. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 15.

16. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 16.

17. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 17.

18. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 18.

19. Defendant denies the allegations contained in paragraph 19.

20. Defendant denies the allegations contained in paragraph 20.

21. Defendant admits the allegations contained in paragraph 21.

22. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 22.

## COUNT I

23. Defendant incorporates each of the preceding paragraphs as though fully set forth herein.

24. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 24.

25. Defendant denies the allegations contained in paragraph 25.

26. Defendant denies the allegations contained in paragraph 26.

27. Defendant denies the allegations contained in paragraph 27.

28. Defendant denies the allegations contained in paragraph 28.

## AFFIRMATIVE DEFENSES

1. Ms. Perta was terminated due to her violation of Tricoci University of Beauty Culture's policies and procedures and the Family Educational Rights & Privacy, 20 USC §1232g; 34 CFR Part 99, for violating student confidential information.

2. Defendant reserves the right to amend its affirmative defenses at a later date and throughout the course of discovery and/or pursuant to Court Order.

WHEREFORE, defendant, TRICOCI UNIVERSITY OF BEAUTY CULTURE, LLC, respectfully request that this Court dismiss Plaintiff's complaint with prejudice and any further relief that the court deems just.

Respectfully submitted,
**THE MILLER LAW GROUP**


By:   /s/: *Jennifer A. Kunze*
Attorney for Defendant

Andrew K. Miller
Jennifer A. Kunze
Elizabeth A. Boratto
**The Miller Law Group, LLC**
15 Spinning Wheel Road, Suite 210
Hinsdale, Illinois 60521
Telephone:   (630) 654-4847
Facsimile:   (630) 654-4894
Attorneys for the Defendant